# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANCIULLO, III,<br><br>                Plaintiff,<br>  v.<br>CAROLYN W. COLVIN,<br><br>                Defendant. | CASE NO. 15cv2294 WQH (NLS)<br><br>ORDER |

HAYES, Judge:

     On October 14, 2015, Plaintiff initiated this action by filing a Complaint (ECF No. 1) and a motion to proceed in forma pauperis (ECF No. 2).

     All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. Civ. L.R. 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

     In an affidavit, Plaintiff states that he earns approximately $100 per week through his employment and receives no other form of income. (ECF No. 2 at 2). Plaintiff states that he has $1,975.00 in his only bank account. *Id.* Plaintiff states that he does not own an automobile and does not own any real estate or other property of value. *Id.* at 2-3. Plaintiff states that he lives with his mother and father and does not pay rent.

*Id.* at 3. Plaintiff states that he uses the income from his part-time employment to pay for food, toiletries, clothing, and gasoline for the truck he borrows from his father. *Id.*

After considering Plaintiff's motion and affidavit, the Court determines that Plaintiff cannot afford to pay the filing fee in this case and is eligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis is granted. (ECF No. 2).

IT IS FURTHER ORDERED that all matters arising in this social security case are referred to the Honorable Nita L. Stormes, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

DATED: October 30, 2015

*[signature]*
**WILLIAM Q. HAYES**
United States District Judge